UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NOEL T. DEAN, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13-CV-73 |
| | § | |
| HARRIS COUNTY, et al, | § | |
| *Defendants.* | § | |

**DEFENDANT DARSHAN PHATAK'S NOTICE OF INTERLOCUTORY APPEAL**

Defendant Darshan Phatak appeals to the United States Court of Appeals for the Fifth Circuit the District Court's Order entered on October 29, 2024, identified as ECF 226, that denied Defendant Phatak's claim of immunity.

Defendant Phatak will be the Appellant in the appeal.

Respectfully submitted,

*/s/ William S. Helfand*
William S. Helfand
Federal I.D. No. 8791
Lewis Brisbois Bisgaard & Smith, LLP
24 Greenway Plaza, Suite 1400
Houston, TX 77046
(832) 460-4614 (telephone)
(713) 759-6830 (facsimile)
Bill.Helfand@lewisbrisbois.com

**ATTORNEY FOR DEFENDANTS
DR. DARSHAN R. PHATAK &
HARRIS COUNTY**

**CERTIFICATE OF SERVICE**

I served a true and correct copy of the foregoing on November 5, 2024, by filing this notice in the Court's ECF system, which will serve all counsel of record in compliance with the Court's ECF service requirements.

*/s/ William S. Helfand*
William S. Helfand

148281161.2