# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Noel T. Dean

*versus*                                                              Case Number: 4:13–cv–00073

Harris County, et al.

# NOTICE OF NON–COMPLIANCE

The appellant (or counsel for the appellant, if represented) has failed to:

- Submit the DKT13 transcript order form.

Date: November 20, 2024.

Nathan Ochsner, Clerk