UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Noel T. Dean

v.                                            Case Number: 4:13–cv–00073

Harris County, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 1/3/2025

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   November 26, 2024

Nathan Ochsner, Clerk